**Order filed March 6, 2014, Withdrawn, Appeal Reinstated and Order filed March 13, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00638-CV
_____

**VINCENT T. LADAY, Appellant**

**V.**

**GILBERTO G. PEDRAZA, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2011-49767**

## ORDER

On March 6, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why the reporter's record had not been filed.

On March 11, 2014, the court reporter filed the reporter's record. Therefore, our order of March 6, 2014, is withdrawn. The appeal is reinstated. Appellant's brief is due April 7, 2014.

PER CURIAM